<u>DANNY ROMERO #8690360</u>
**OREGON STATE PENITENTIARY**
**2605 STATE STREET**
**SALEM. OR 97310**

Pro Se Plaintiff's

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| <u>DANNY ROMERO</u>, ) | |
| ) | Case No. CV-07-6083-HU |
| Plaintiff, ) | |
| ) | **AMENDED COMPLAINT** |
| v. ) | |
| ) | |
| DR. VARGO, STEVE SHELTON, DAVID ) | |
| GRAFF, TED RANDALL, DR. BECKER, ) | |
| ) | |
| Defendant(s). ) | |

**I.**

A.   Have you brought any other action or appeal, in a court of the United States while a prisoner? No

B.   If your answer is yes how many? None

Plaintiff's <u>Danny Romero</u>, pro se litigant's, pursuant to FRCP 8, states a claim of action under 42 U.S.C. § 1983 or Section 1985(3), states claims against numerous prison medical officials both in their individual and official capacities, and alleges violations of his civil rights in the form continuous acts of deliberate indifference, acting under color of state law, administered cruel and unusual punishment, and from the deliberate acts violated plaintiff's rights secured under the Oregon Constitution Article I, Section 16, and his rights secured under the Eight and Fourteenth Amendment Rights secured under the United States Constitution; thereby for violations and denial of both substantive and procedural due process. ***JURY TRIAL DEMANDED***

Page 1 of 8 AMENDED COMPLAINT

II.

A. Place of confinement: Oregon State Penitentiary

B. Is there a prisoner grievance procedure in this institution? Yes

C. Have you filed a grievance concerning the facts relating to this complaint? Yes

D. Is the grievance process completed? Yes

### III. PARTIES

A.  Place of confinement:
    Plaintiff: Danny Romero #8640360
    Oregon State Penitentiary
    2605 State Street
    Salem, OR 97310

    Defendant: Dr. Vargo, Steve Shelton, Ted Randall, David Graff, Dr. Becker
    Oregon State Penitentiary Medical Department
    2605 State Street
    Salem, OR 97310

Defendant Dr. Vargo, is employed as, MD at Oregon state Penitentiary, at all relevant times to this complaint, acted under color of law both individual and in concert with each other thereby violated plaintiff's constitutional rights to be free from cruel and unusual punishment and unnecessary wanton infliction of pain and suffering caused by his deprivation and denial to provide plaintiff with his serious medical needs, and by deliberately misusing his authority of power, both at law and equity, hereby deprived plaintiff of his state created right and liberty interest granted him by rule, statute or regulations, promulgated by Oregon Department of Corrections Medical Department, and his continuous acts of negligence, continuously denies plaintiff of both substantive and procedural due process from the cruel and abusive punishment, violates plaintiff rights under the Oregon Constitution, Article I, Section 16, and the Eight and Fourteenth Amendment to the United States Constitution, and deliberately ignores a doctors medical orders and recommendations to have his serious medical needs met so to avoid long term disfigurement to plaintiff for life.

Defendant Steve Shelton, is employed as, Health Services Director, for the Oregon Department of Corrections, at all relevant times, to this complaint, acted under color of law both individual and in concert with each other acknowledged that plaintiff has a serious medical need, and ignores plaintiff's continuous attempts to get his medical need met, thereby violated plaintiff's constitutional rights to be free from cruel and unusual punishment, by deliberately misusing and ignoring his authority of power, both at law and equity, hereby deprived plaintiff of his state created right and liberty interest granted him by rule, statute or regulations, promulgated by Oregon Department of Corrections Medical Department, and his continuous acts of negligence, continuously denies plaintiff of both substantive and procedural due process from the cruel and abusive punishment, violates plaintiff rights under the

Oregon Constitution, Article I, Section 16, and the Eight and Fourteenth Amendment to the United States Constitution, and deliberately ignores a doctors medical orders and recommendations to have his serious medical needs met so to avoid long term disfigurement to plaintiff for life.

Defendant Ted Randall, is employed as, Health Services Manager, at Oregon state Penitentiary, at all times relevant to this complaint, acted under color of law both individual and in concert with each other thereby violated plaintiff's constitutional rights to be free from cruel and unusual punishment, by deliberately misusing his authority of power, both at law and equity, hereby deprived plaintiff of his state created right and liberty interest granted him by rule, statute or regulations, promulgated by Oregon Department of Corrections Medical Department, and his continuous acts of negligence, continuously denies plaintiff of both substantive and procedural due process from the cruel and abusive punishment, violates plaintiff rights under the Oregon Constitution, Article I, Section 16, and the Eight and Fourteenth Amendment to the United States Constitution, and deliberately ignores a doctors medical orders and recommendations to have his serious medical needs met so to avoid long term disfigurement to plaintiff for life.

Defendant David Graff, is employed as, Nurse Manager, at Oregon state Penitentiary, at all times relevant to this complaint, acted under color of law both individual and in concert with each other thereby violated plaintiff's constitutional rights to be free from cruel and unusual punishment, and unnecessary wanton infliction of pain that is protected under the Eight Amendment, by deliberately misusing his authority of power, both at law and equity, hereby deprived plaintiff of his state created right and liberty interest granted him by rule, statute or regulations, promulgated by Oregon Department of Corrections Medical Department, and his continuous acts of negligence, continuously denies and direct in the wrong directions keeping the acts of the defendant from the proper authority of redress and denies plaintiff of both substantive and procedural due process from the cruel and abusive punishment, where plaintiff continue to suffer from this long term abusive violates plaintiff rights under the Oregon Constitution, Article I, Section 16, and the Eight and Fourteenth Amendment to the United States Constitution, and deliberately ignores a doctors medical orders and recommendations to have his serious medical needs met so to avoid long term disfigurement to plaintiff for life.

Defendant Dr. Becker, is employed as, MD at Oregon state Penitentiary Medical Department, at all times relevant to this complaint, acted under color of law both individual and in concert with each other thereby violated plaintiff's constitutional rights to be free from cruel and unusual punishment, an unnecessary wanton infliction of pain and suffering, when he knowingly and deliberately and continue to recommend plaintiff his medically needed shoes to relieve the unnecessary and wanton infliction of pain, can himself order the shoes and pads but he is deliberately misusing his authority of power, both at law and equity, hereby deprived plaintiff of his state created right and liberty interest granted him by rule, statute or regulations, promulgated by Oregon Department of Corrections Medical Department, and his continuous acts of negligence, continuously denies plaintiff of both substantive and procedural due process from the cruel and abusive punishment, violates plaintiff rights under the Oregon Constitution, Article I, Section 16, and the Eight and Fourteenth Amendment to the United States Constitution, and deliberately ignores a doctors medical orders and recommendations to have his serious medical needs met so to avoid long term disfigurement to plaintiff for life.

IV. STATEMENT OF CLAIM

CLAIM I-DELIBERATE INDIFFERENCE

Plaintiff, brings claims under § 1983, 1985, 1986, and the Civil Rights Act of 1964, states claims against numerous prison officials both in their individual and official capacities, and alleges violations of his civil rights in the form continuous acts of of negligence in violations of his First Amendment Rights; violations of his right of access to the courts; and denial of both substantive and procedural due process from the cruel abusive behavior of the defendant's retaliation, plaintiff therefore file his complaint under Rule 8 of the Federal Rules of Civil Procedures to heighten pleading rule that applies to plaintiff's 1983 claims.

Plaintiff complaint states a claim for violation of my procedural due process rights by alleging that the defendants repeatedly and systematically filed and approved false and unjustified disciplinary charges, which resulted in actual threats of his life from fellow inmates, and allegation of deprivation of due process rights states claims under both procedural and substantive due process.

Plaintiff brings a claim of negligence under Title VII, 42 U.S.C. § 2000e et seq, this courts jurisdiction is pursuant to 28 U.S.C. § 1331.

1. The defendant's was, at all relevant times, an employee of Department of Corrections Medical Staff subject to Title VII.

2. At all times material to this complaint, these defendant's acted under color of law, administered and violated plaintiff's constitutional rights to be free from cruel and unusual punishment to plaintiff serious medical needs and conditions which if not treated can cause permanent disfigurement to plaintiff for life.

3. Each defendant violated the policies and procedures under the applicable Oregon

Page 4 of 8 AMENDED COMPLAINT

Administrative Rules and the Oregon Revised Statutes pertaining to treatment of cruel and unusual punishment with violations under the Oregon Constitution Article I, Section 16, and the Fourteenth Amendment to the United States Constitution.

4. On or about October 28th, 2006, Defendant Dr. Vargo deliberately and continuously denies my serious medical orders from Dr. Becker to have my medically recommended shoes with metalarsasl pads, that provide comfort and level to fit my left foot to completely match that of the right foot, that if not done could cause imminent pain and disfigurement, and damage me for life, from the continuous cruelty administered upon plaintiff by the defendant's, they were in violation of his Eight Amendment Rights, by their deliberate cruelty.

5. This claim drafted specifies a single statute or legal rule, which the rules of civil procedure discourage it, and relief is possible under any set of facts that could be established consistent with the allegations, violations of his civil rights in the form continuous acts of of harassment, false disciplinary charges, racial discrimination, retaliation for filing complaints in violations of his First Amendment Rights; violations of his right of access to the courts; and denial of both substantive and procedural due process.

6. A month later on September 28th, 2006, I again saw Dr. Becker, who repeatedly recommends the seriousness of these medically needed shoes, again Dr. Vargo and the other defendant's deliberately denies plaintiff relief of being in excruciating pain and discomfort daily, and cannot perform the daily duties as a normal inmate.

7. Each defendant acted under color of law both in individual and official capacities and in concert with each other using retaliatory treatment, thereby violated plaintiff's constitutional rights and administered cruel and unusual punishment and unnecessary wanton infliction of pain, made to

plaintiff.

Each defendant violated the policies and procedures under the applicable Oregon Administrative Rules and the Oregon Revised Statutes pertaining to treatment of cruel and unusual punishment with violations under the Oregon Constitution Article I, Section 16, and the Fourteenth Amendment to the United States Constitution.

## CLAIM II- NEGLIGENCE

Plaintiff, brings claims under § 1983, 1985, 1986, and, states claims against numerous prison medical officials both in their individual and official capacities, and alleges violations of his civil rights in the form continuous acts of of negligence in violations of his First Amendment Rights; violations of his right of access to the courts; and denial of both substantive and procedural due process from the cruel abusive behavior of the defendant's, and unnecessary wanton infliction of pain administered to plaintiff therefore file his complaint under Rule 8 of the Federal Rules of Civil Procedures to heighten pleading rule that applies to plaintiff's 1983 claims.

Plaintiff complaint states a claim for violation of my procedural due process rights by alleging that the defendants repeatedly and systematically filed and approved false and unjustified disciplinary charges, which resulted in actual threats of his life from fellow inmates, and allegation of deprivation of due process rights states claims under both procedural and substantive due process.

Plaintiff brings a claim of negligence under Title VII, 42 U.S.C. § 2000e et seq, this courts jurisdiction is pursuant to 28 U.S.C. § 1331.

8. The defendant's was, at all relevant times, an employee of Department of Corrections Medical Staff subject to Title VII.

9. At all times material to this complaint, these defendant's acted under color of law, administered

and violated plaintiff's constitutional rights to be free from cruel and unusual punishment to plaintiff serious medical needs and conditions which if not treated can cause permanent disfigurement to plaintiff for life.

10. Each defendant violated the policies and procedures under the applicable Oregon Administrative Rules and the Oregon Revised Statutes pertaining to treatment of cruel and unusual punishment with violations under the Oregon Constitution Article I, Section 16, and the Fourteenth Amendment to the United States Constitution.

11. On or about October 28th, 2006, Defendant Dr. Vargo deliberately and continuously denies my serious medical orders from Dr. Becker to have my medically recommended shoes with metalarsasl pads, that provide comfort and level to fit my left foot to completely match that of the right foot, that if not done could cause imminent pain and disfigurement, and damage me for life, from the continuous cruelty administered upon plaintiff by the defendant's, they were in violation of his Eight Amendment Rights, by their deliberate cruelty.

12. This claim drafted specifies a single statute or legal rule, which the rules of civil procedure discourage it, and relief is possible under any set of facts that could be established consistent with the allegations, violations of his civil rights in the form continuous acts of of harassment, false disciplinary charges, racial discrimination, retaliation for filing complaints in violations of his First Amendment Rights; violations of his right of access to the courts; and denial of both substantive and procedural due process.

13. A month later on September 28th, 2006, I again saw Dr. Becker, who repeatedly recommends the seriousness of these medically needed shoes, again Dr. Vargo and the other defendant's deliberately denies plaintiff relief of being in excruciating pain and discomfort daily, and cannot

perform the daily duties as a normal inmate.

14. Each defendant acted under color of law both in individual and official capacities and in concert with each other using retaliatory treatment, thereby violated plaintiff's constitutional rights and administered cruel and unusual punishment and unnecessary wanton infliction of pain, made to plaintiff.

## RELIEF

**WHEREFORE** plaintiff demands judgment against the Defendant's each individually and in their official capacities:

1. **Declaratory Relief for Plaintiff**, adjudging each Defendant in their individual and official capacities violated plaintiff's constitutional rights to be free from cruel and unusual punishment, and unnecessary wanton infliction of pain and suffering.

2. **Injunctive Relief** ████████████████, ordering defendant's to provide my medically needed shoes that Dr. Becker recommends.

3. **Economic damages** awards in the amount of $25,000.00 for each defendant separately, and in their individual and official capacities.

4. **Non-Economic damages** awards in the amount of $250,000.00 for each defendant separately, and in their individual and official capacities.

5. **Compensatory damages** awards in the amount of $1 Million Dollars for each defendant separately, and in their individual and official capacities.

6. Plaintiff's suit totals $6,375,000.00

Signed this _3rd_, day of July 2007

*Danny Romero*
DANNY ROMERO #8690360

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July 2007, I personally place a true copy of Amended Complaint by service of U.S. Mail addressed to said party below:

> United States District Court
> Office of the Clerk
> 1000 SW Third Ave #740
> Portland, OR 97204-2902

by me this 3rd day of July 2007.

Respectfully submitted,

*Danny Romero*
DANNY ROMERO #8690360
Oregon State Penitentiary
2605 State Street
Salem, OR 97310

Page 1 - CERTIFICATE OF SERVICE