UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANNY ROMERO,

      Plaintiff,

v.

JOHN VARGO, D.O., STEVE SHELTON, M.D.; DAVID GRAF, R.N.; TED RANDALL, R.N., JERRY BECKER, M.D.,

      Defendants.

Civil No. 07-6083-HU

O R D E R

HAGGERTY, Chief Judge:

    Magistrate Judge Hubel has issued a Findings and Recommendation [41] in this action. The Magistrate Judge recommended that defendants' Motion to Dismiss [26] should be granted for all claims except for the claim that defendants were deliberately indifferent to plaintiff's serious medical needs. No objections were filed, and the case was referred to me.

1      - ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

## **CONCLUSION**

The Magistrate Judge's Findings and Recommendation [41] is adopted. Defendant's Motion to Dismiss [26] is granted for all claims except for the claim that defendants were deliberately indifferent to plaintiff's serious medical needs.

IT IS SO ORDERED.

Dated this  13  day of August, 2008.

 /s/ Ancer L. Haggerty  
Ancer L. Haggerty  
United States District Judge