IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DANNY JAY ROMERO**,

    Plaintiff,    No. CV 07-6083-MO

    v.    OPINION AND ORDER

**DR. VARGO, DR. BECKER, TED RANDALL, DAVID GRAFF, STEVE SHELTON**

    Defendants.

**MOSMAN, J.**,

    On December 1, 2010, petitioner filed a Notice of Appeal to the Ninth Circuit, depriving this court of jurisdiction. *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) (per curiam). I therefore DENY for lack of jurisdiction:

- Petitioner's Motion to Reconsider Petitioner Renewal Under Motion 60(b)(3) (#157);

- Petitioner's Motion to Reconsider Renewal-Requesting Permission to Supplement Motion Rule 60(b)(3) (#158); and

- Petitioner's Motion for Appointment of Counsel Appeal to the Ninth Circuit (#160).

IT IS SO ORDERED.

DATED this  17th  day of December, 2010.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

PAGE 2 ORDER